No. 24-2806

# In the
# United States Court of Appeals
## for the Seventh Circuit

ANA BERNAL, ET AL.,

*Petitioners-Appellants*,

v.

KOHL'S CORPORATION AND KOHL'S, INC.,

*Respondents-Appellees*.

On Appeal from the United States District Court for the
Eastern District of Wisconsin, No. 2:23-cv-01542-LA
Hon. Lynn Adelman, *United States District Judge*

**RESPONDENTS-APPELLEES' RESPONSE TO THE COURT'S
JULY 15, 2025, ORDER (DOC. 39)**

Michael W. McTigue Jr.
Meredith C. Slawe
Kurt Wm. Hemr
Jeremy Patashnik
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
One Jefferson Rd., 2nd Floor
Parsippany, NJ 07054

Shay Dvoretzky
  *Counsel of Record*
Parker Rider-Longmaid
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

James B. Saylor
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, NY 10007

*Counsel for Respondents-Appellees Kohl's Corporation & Kohl's, Inc.*

# RESPONDENTS-APPELLEES' RESPONSE TO THE COURT'S
# JULY 15, 2025, ORDER (DOC. 39)

Respondents-Appellees Kohl's Corporation and Kohl's, Inc. (collectively, Kohl's) respectfully submit this response to the Court's July 15, 2025, order (Doc. 39).

Kohl's disclosure statements accurately reflect that Kohl's, Inc., is a fully owned subsidiary of Kohl's Corporation and, in turn, that BlackRock, Inc., is the only publicly held corporation that owns 10% or more of Kohl's Corporation's stock. *See* Kohl's Br. i-viii (Doc. 29).

As of May 14, 2025, The Vanguard Group, Inc., owned 11.4% of Kohl's Corporation's common stock. *See* Kohl's Corp., Notice of Annual Meeting and Proxy Statement 97 (May 14, 2025), https://www.sec.gov/Archives/edgar/data/885639/000155837025004025/kss-20250514xdef14a_c.pdf. Kohl's disclosure statements in this case do not list The Vanguard Group, Inc., because Federal Rule of Appellate Procedure 26.1 requires a corporation to "identif[y] any parent corporation and any publicly held corporation that owns 10% or more of [the party's] stock." Fed. R. App. P. 26.1(a). But counsel does not understand The Vanguard Group, Inc., to be a publicly held corporation. Rather, as explained on Vanguard's website, "Vanguard is owned by

its funds" and not by outside investors. Vanguard, *Who we are*, https://corporate.vanguard.com/content/corporatesite/us/en/corp/who-we-are/sets-us-apart/index.html. In other words, one cannot purchase stock in The Vanguard Group, Inc., on any exchange.

That said, Vanguard's ownership structure is unique in that, although The Vanguard Group, Inc., is owned by its funds and is not publicly traded, those funds "are in turn owned by Vanguard's fund shareholders." *Id.* Thus, because members of the public can invest in the Vanguard funds that collectively own The Vanguard Group, Inc., counsel for Kohl's, in an abundance of caution, has updated its disclosure forms—filed concurrently with this response—to reflect that The Vanguard Group, Inc., owns more than 10% of Kohl's Corporation's stock.

The Vanguard Group, Inc., is the only entity—other than BlackRock, Inc., which Kohl's listed on its disclosure forms—that owns 10% or more of Kohl's Corporation's stock.

| | |
|---|---|
| Dated: July 18, 2025 | Respectfully submitted, |
| | /s/ Shay Dvoretzky |
| | Shay Dvoretzky |
| | *Counsel of Record* |
| Michael W. McTigue Jr. | Parker Rider-Longmaid |
| Meredith C. Slawe | SKADDEN, ARPS, SLATE, |
| Kurt Wm. Hemr |   MEAGHER & FLOM LLP |
| Jeremy Patashnik | 1440 New York Ave., NW |
| SKADDEN, ARPS, SLATE, | Washington, DC 20005 |
|   MEAGHER & FLOM LLP | Telephone: 202-371-7000 |
| One Manhattan West | shay.dvoretzky@skadden.com |
| New York, NY 10001 | |
| Lauri A. Mazzuchetti | James B. Saylor |
| KELLEY DRYE & WARREN LLP | KELLEY DRYE & WARREN LLP |
| One Jefferson Rd., 2nd Floor | 3 World Trade Center |
| Parsippany, NJ 07054 | New York, NY 10007 |

*Counsel for Respondents-Appellees Kohl's Corporation & Kohl's, Inc.*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 322 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f). I also certify that this document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: July 18, 2025

Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Respondents-Appellees*
　*Kohl's Corporation & Kohl's, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 18, 2025

Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Respondents-Appellees
  Kohl's Corporation & Kohl's, Inc.*