# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 15, 2026

**Before**

MICHAEL Y. SCUDDER, *Circuit Judge*

DORIS L. PRYOR, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

No. 24-2806

| | |
|---|---|
| ANA BERNAL, et al.,<br>*Petitioners-Appellants*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *v.* | |
| | No. 23-cv-1542 |
| KOHL'S CORPORATION and KOHL'S, INC.,<br>*Respondents-Appellees.* | Lynn Adelman,<br>*Judge*. |

**O R D E R**

Petitioners-Appellants Ana Bernal, Aimee Marquez, Patricia Juarez, and Clara Roa filed a petition for rehearing and rehearing en banc on May 15, 2026. No judge in active service has requested a vote on the petition for rehearing en banc, and all judges of the original panel have voted to deny panel rehearing.

Accordingly, the petition for rehearing and rehearing en banc is DENIED.